**FILED**

Jun 05 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ kristenb      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   |   Case No. '18 CR2580 CAB |
|---|---|
| Plaintiff,   |   I N F O R M A T I O N |
| v.   |   |
| ERASMO NORIEGA-PACHECO,   |   Title 18, U.S.C., Section 1544 - Misuse of Passport (Felony) |
| Defendant.   |   |

The United States Attorney charges:

On or about May 8, 2018, within the Southern District of California, defendant, ERASMO NORIEGA-PACHECO, willfully and knowingly used and attempted to use, a United States Passport Card, which had been issued and designed for the use of another person, in that, defendant presented said Passport Card to a Department of Homeland Security, Customs and Border Protection Officer, at the Otay Mesa, California Port of Entry, with the intent to gain entry to the United States, in violation of Title 18, United States Code, Section 1544, a felony.

DATED: 6/5/18

ADAM L. BRAVERMAN
United States Attorney

STEVEN LEE
Special Assistant U.S. Attorney

SLE:cn:5/17/2018